400 A.2d 645

Mason, Appellant, v. Wilson.

Submitted March 20, 1978. Murray B. Dolfman, for appellant; Ronald A. White, for appellee.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.